COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-409-CV

PATRICK D. VINSON APPELLANT

V.

PROGRESSIVE CHILD CARE SYSTEMS, INC., APPELLEES

KARRY L. DUNN AND HEATHER DUNN

----------

FROM THE 211
TH
 DISTRICT 
COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “First Amended Withdrawal Of Notice Of Appeal. “  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: January 5, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.